UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EDDIE DEAN JONES** | **CASE NO. 2:20-CV-01055** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 11] of the Magistrate Judge, to which neither party has filed an objection and after an independent review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation [doc. 11] be **ADOPTED**, that the final decision of the Commissioner be **REVERSED**, and that the matter be **REMANDED** to the Social Security Administration for further proceedings consistent with the opinion of the Magistrate Judge.

**THUS DONE AND SIGNED** in Chambers this 17th day of August, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**